Hilligoss *v.* North Anderson Gas Company.

---

## HILLIGOSS *v.* NORTH ANDERSON GAS COMPANY.

[No. 2,571. Filed October 4, 1898.]

From the Madison Circuit Court. *Affirmed.*

*Floyd S. Ellison,* for appellant.

*M. A. Chipman, S. M. Keltner* and *E. E. Hendee,* for appellee.

HENLEY, C. J.—In this cause we are asked to set aside the verdict of a jury, and hold that the trial court erred in overruling the motion for a new trial upon the sole ground that the verdict is not sustained by sufficient evidence. The evidence is properly before us. The verdict of the jury is not without some evidence to sustain it, and under the rule adopted by both this court and the Supreme Court of this State, the judgment of the lower court must be affirmed. Judgment affirmed.